# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JA'UAN T. SWANSON (#501719)

VERSUS

BEAU HIGGINBOTHAM, ET AL.

CIVIL ACTION

22-209-SDD-RLB

### RULING

The Court has carefully considered the *Complaint,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 10, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** the exercise of supplemental jurisdiction over any potential state law claims is declined and this action is DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana the 9th day of January, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.